(April 15, 1976)

■　CITY OF NEW YORK, Respondent, v NORTHEAST MARINE TERMINAL

COMPANY, INC., Respondent, and MITSUI O. S. K. LINES, LTD., Appellant.—Order, Supreme Court, New York County, entered on February 5, 1975, and order and judgment of said court, each entered on July 25, 1975, unanimously affirmed for the reasons stated at Special Term, and that the plaintiff-respondent and the defendant-respondent recover of the appellant one bill of $60 costs and disbursements of these appeals. Concur—Stevens, P. J., Markewich, Kupferman, Birns and Capozzoli, JJ.